UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHARLES WENDEL TATUM,

    Plaintiff,

v.                               Case No.  3:16cv450/MCR/CJK

ESCAMBIA SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This prisoner civil rights case is before the court upon referral from the clerk. On January 12, 2017, the court ordered plaintiff to file a second amended complaint (or notice of voluntary dismissal) within 30 days. (Doc. 12).  Plaintiff was warned that failure to do so would result in dismissal of this case. (*Id.*).  To date, plaintiff has not complied with the order and has not responded to the February 23, 2017, order (doc. 13) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 24th day of March, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.