UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM CHARLES WENDEL TATUM,**

   **Plaintiff,**

**v.**                                        Case No. 3:16cv450/MCR/CJK

**ESCAMBIA SHERIFF'S OFFICE, et al.,**

   **Defendants.**

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 24, 2017. ECF No. 14. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. On de novo review, the Court has determined that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. Therefore, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE**, for plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** this 24th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**